**Order filed February 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-13-00768-CR

————————

**DARRYL THOMAS REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1326043

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 50.

The clerk of the 177th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 50, on or before March 6, 2014. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 50, to the clerk of the 177th District Court.

PER CURIAM